Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 5:14-cv-03927-EJD |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS |
| vs. | |
| Eleazar Zambrano, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS, that the above-entitled action is hereby dismissed **without prejudice** against ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by August 1, 2015, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: 7/29/15

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

**Please See Attached**

WALTON TWU, LLP
By: Timothy James Walton, Esquire
Attorneys for Defendant
ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS

**IT IS SO ORDERED:**

The Clerk shall close this file.

_____
The Honorable Edward J. Davila
United States District Court
Northern District of California

Dated: 7/30/2015

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:          **Please See Attached**

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 7-29-15     */s/ Tim Walton*

WALTON TWU, LLP
By: Timothy James Walton, Esquire
Attorneys for Defendant
ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS

**IT IS SO ORDERED:**

Dated:_____

_____
The Honorable Edward J. Davila
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
Case No. 5:14-cv-03927-EJD
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 11, 2015, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ELEAZAR ZAMBRANO A/K/A ELEZAR ZAMBRANO MAGANA, individually and d/b/a TAQUERIA LOS PERICOS**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Timothy James Walton, Esq.            (Attorneys for Defendant)
WALTON TWU, LLP
9515 Soquel Drive, Suite 207
Aptos, CA 95003

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 11, 2015, at South Pasadena, California.

Dated: June 11, 2015

_____
VANESSA VENTURA

STIPULATION OF DISMISSAL
Case No. 5:14-cv-03927-EJD
PAGE 3